# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

January 5, 2010

TO: Creditors of William Edward Klaiber, III and Marion Betti Klaiber, Debtors
Case No. 08-15282B
United States Bankruptcy Court
Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure



FILED JAN -7 2010 BANKRUPTCY COURT BUFFALO, N.Y.

# Claims Proposed Distribution
## Case: 08-15282  KLAIBER, WILLIAM EDWARD, III

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $3,780.08 | Total Proposed Payment: | $3,780.08 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | CASH REALTY & AUCTIONS LLC | Admin Ch. 7 | 185.00 | 185.00 | 0.00 | 185.00 | 185.00 | 3,595.08 |
| | <3620-00 Auctioneer for Trustee Expenses> | | | | | | | |
| | CASH REALTY & AUCTIONS LLC | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 3,245.08 |
| | <3610-00 Auctioneer for Trustee Fees (including buyers premiums)> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 6.00 | 6.00 | 0.00 | 6.00 | 6.00 | 3,239.08 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 945.02 | 945.02 | 0.00 | 945.02 | 945.02 | 2,294.06 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 16.89 | 16.89 | 0.00 | 16.89 | 16.89 | 2,277.17 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 1,079.00 | 1,079.00 | 0.00 | 1,079.00 | 1,079.00 | 1,198.17 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 11P | NYS DEPT OF TAX AND FINANCE | Priority | 368.00 | 368.00 | 0.00 | 368.00 | 368.00 | 830.17 |
| 1 | GCM Tile Supply, Inc. dba Tiles International | Unsecured | 6,353.79 | 6,353.79 | 0.00 | 6,353.79 | 76.52 | 753.65 |
| 2 | Michael J. Buccieri, CPA | Unsecured | 1,171.99 | 1,171.99 | 0.00 | 1,171.99 | 14.11 | 739.54 |
| 3 | Manufacturers and Traders Trust Company | Unsecured | 50,257.62 | 50,257.62 | 0.00 | 50,257.62 | 605.17 | 134.37 |
| 4 | DISCOVER BANK | Unsecured | 739.35 | 739.35 | 0.00 | 739.35 | 8.90 | 125.47 |
| 5 | DISCOVER BANK | Unsecured | 795.08 | 795.08 | 0.00 | 795.08 | 9.57 | 115.90 |
| 6 | CHASE BANK USA | Unsecured | 8,322.05 | 8,322.05 | 0.00 | 8,322.05 | 100.21 | 15.69 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 376.32 | 376.32 | 0.00 | 376.32 | 4.53 | 11.16 |
| 10 | GE Money Bank dba Lowes Consumer | Unsecured | 927.09 | 927.09 | 0.00 | 927.09 | 11.16 | 0.00 |



FILED JAN - 7 2010 BANKRUPTCY COURT BUFFALO, N.Y.